IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER COUTINO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3958

Opinion filed October 6, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

Nancy Daniels, Public Defender; Steven L. Seliger and Michael Macnamara, Assistant Public Defenders, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.